**Order filed July 12, 2016.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-16-00475-CV

————————

**In the Matter of E.Y.**

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-04350J**

---

### ORDER

This is an accelerated appeal from an order waiving jurisdiction and transferring the case to district court for E.Y., a juvenile, to stand trial as an adult. *See* Tex. Fam. Code Ann. § 56.01. Appellant's brief was due **July 11, 2016.** No brief has been filed.

Appeals in juvenile certification cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel William M. Thursland, to file appellant's brief no later than **July 22, 2016.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of

court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM